UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 15-9344 |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | ORDER OF RELEASE |
| Pedro Torres | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

[✓] Reporting, as directed, to U.S. Pretrial Services;

[✓] Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

[✓] Mental Health testing/treatment as directed by U.S. Pretrial Services:

[✓] The defendant shall appear at all future court proceedings;

( ) Other: _____

_Pedro Torres_        12/02/2015
DEFENDANT                      DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_Anthony R. Mautone_
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

12/02/2015
DATE